**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00036-CV**

_____

**JWJ DEVELOPMENT, LTD. AND E.S.E. WE MAKE TRACKS, INC.,**
**Appellants/Cross-Appellees**

**V.**

**3P SPORT CYCLE CENTER, LLC, AUTOLACK INTERNATIONAL, LLC,**
**JUAN JOSE LEON, AND JESUS LEON, Appellees/Cross-Appellants**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 17-06-07811-CV**

**MEMORANDUM OPINION**

JWJ Development, LTD. and E.S.E. We Make Tracks, Inc., appellants, and 3P Sport Cycle Center, LLC, Autolack International, LLC, Juan Jose Leon, and Jesus Leon, appellees, filed a joint motion to dismiss the appeal with prejudice pursuant to the settlement they reached in the case. *See* Tex. R. App. P. 42.1(a)(1). The parties to the appeal asked the Court to dismiss the appeal before the Court decided the appeal.

1

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on November 17, 2021
Opinion Delivered November 18, 2021

Before Golemon, C.J., Kreger and Horton, JJ.